■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNY MARGARETO MENDOZA, Also Known as KENNY MENDOZA, Appellant. [776 NYS2d 501]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Knipel, J.), rendered July 2, 2001, convicting him of criminal possession of a controlled substance in the third degree, criminal possession of a controlled substance in the seventh degree, and criminally using drug paraphernalia in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court properly admitted evidence of the defendant's prior uncharged crimes (*see People v Alvino,* 71 NY2d 233 [1987]; *People v Ventimiglia,* 52 NY2d 350 [1981]; *People v Molineux,* 168 NY 264 [1901]).

The defendant's remaining contentions either are unpreserved for appellate review, without merit, or do not warrant reversal. Santucci, J.P., Krausman, Schmidt and Rivera, JJ., concur.